1    Michael J. Perry (State Bar No. 123124)
     *mjp@michaeljperrylaw.com*
2    MICHAEL J. PERRY, ESQ., APLC
     4640 Admiralty Way, Suite 500
3    Marina del Rey, CA 90292
     Telephone:  (310) 496-5710
4    Facsimile:  (310) 306-3456                  JS-6

5    Attorneys for Defendant
6    Starship, LLC dba Rockstar

7

8                 UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

10

| | |
|---|---|
| ALECIA VALDEZ-SANDOVAL, | Case No.: **2:19-cv-10943-JFW-SKx** |
| Plaintiffs, | |
| vs. | **DISMISSING ENTIRE ACTION WITH PREJUDICE.** |
| STARSHIP, LLC., d/b/a/ ROCKSTAR | |
| Defendant | |

Upon consideration of the STIPULATION FOR VOLUNTARY DISMISSAL OF THE COMPLAINT AND ENTIRE ACTION WITH PREJUDICE AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED AND DECREED THAT this entire action is hereby dismissed with prejudice.

Dated: July 2, 2020

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL DISTRICT
OF CALIFORNIA

-1-
**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**